Virginia J. KELLY, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7049.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

MAYER and PROST, Circuit Judges, WHYTE, District Judge.*

California, sitting by designation.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

*Judgment*